Request for Jurisdiction Transfer                                      July 15, 2024
Name of Offender: Marquise Trivon Dedmon                   2:07-CR-00725-ODW-1
                                                                                    2:07-CR-00404-ODW-1

✎PROB 22
  ☐PROB 22
  (Rev. 01/24)           DOCKET NUMBER (Tran. Court)

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:07-CR-00725-ODW-1 2:07-CR-00404-ODW-1 |
| | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00156-JCM-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Marquise Trivon Dedmon 5370 East Craig Road Apartment 2420 Las Vegas, NV 89115 | Central of California | Western |
| | NAME OF SENTENCING JUDGE Otis D. Wright II | |
| | DATES OF PROBATION/ SUPERVISED RELEASE    FROM May 23, 2024    TO May 22, 2029 | |

OFFENSE
Docket No. 07-CR-00404 – Conspiracy (Count 1), Armed Bank Robbery (Count 2 & 4), Use or Carrying of Firearm During Crime of Violence (Count 5); Docket No. 07-CR-00725 – Use or Carrying of Firearm During Crime of Violence (Count 2).

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Dedmon's family ties and support system live in the D/NV and there is no intentions for him to return to the Central District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE          CENTRAL          DISTRICT OF          CALIFORNIA

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 17, 2024
_____            _____
        *Date*                              *United States District Judge*

 *This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 19, 2024
_____            _____
     *Effective Date*                         *United States District Judge*