SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| United States of America, | 2:24-cr-00156-JCM-BNW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MARQUISE TRIVON DEDMON, | |
| Defendant. | |

On March 31, 2025, the United States, through Sue FAHAMI, Acting United States Attorney, and Steven J. Rose, Assistant United States Attorney, MARQUISE TRIVON DEDMON with his counsel, Benjamin Nemec, Assistant Federal Public Defender, and the United States Probation Office, through Officer Zachary Warner, were present before the Court on a status check regarding a pending petition to modify the conditions of Mr. Dedmon's supervised release.

The Court heard argument from all parties, and based upon the petition and the arguments presented in open court, hereby orders that Mr. Dedmon's conditions of supervised release shall be modified to add the following:

(1)  Home Confinement with Location Monitoring: You will be monitored by the form

of location monitoring indicated below, for a period of 30 days, and you must

follow the rules and regulations of the location monitoring program.

a.  GPS Monitoring (including hybrid GPS).

(2) Parenting Education: You shall participate in and successfully complete a parenting

life skills program, as approved and directed by the probation officer.


The Court hereby holds in abeyance the request to impose a condition of curfew or

other home confinement, for a period of 30 days. All other preexisting conditions of

supervised release remain in effect.

IT IS FURTHER ORDERED that the parties shall return for a status check on Mr.

Dedmon's compliance with the terms of his supervised release on: April 30, 2025, at 10:00

AM.



DATED April 4, 2025.


_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2