SIGAL CHATTAH
United States Attorney
Nevada Bar No. 8264
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | 2:24-cr-00156-JCM-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MARQUISE TRIVON DEDMON, | |
| Defendant. | |

On April 30, 2025, the United States, through SIGAL CHATTAH, United States Attorney, and Steven J. Rose, Assistant United States Attorney, MARQUISE TRIVON DEDMON with his counsel, Benjamin Nemec, Assistant Federal Public Defender, and the United States Probation Office, through Officer Zachary Warner, were present before the Court on a status check regarding a pending petition to modify the conditions of Mr. Dedmon's supervised release.

The Court heard argument from all parties, and based upon the petition and the arguments presented in open court, hereby orders that Mr. Dedmon's conditions of supervised release shall be modified to add the following:

(1) Home Confinement with Location Monitoring: You will be monitored by the form of location monitoring indicated below, for a period of up to 60 days, and you must follow the rules and regulations of the location monitoring program.

    a. GPS Monitoring (including hybrid GPS).

(2) You are restricted to your residence every day for a period of 12 hours or as directed by the probation officer.

    a. You are to provide the probation officer with your work schedule upon receipt of that schedule.

    b. The probation officer will schedule the curfew period to avoid interference with your work schedule and childcare obligations to the extent practicable.

    c. Your residence will be defined to include your apartment, the apartment in which your sister currently resides, and a reasonable space to allow travel between the two apartments.

(3) If the probation officer determines after 30 days that you have complied with all of the conditions of your supervised release, the probation officer may terminate the curfew portion of this condition prior to the expiration of the 60 day period. All other preexisting conditions of supervised release remain in effect.

IT IS FURTHER ORDERED that the parties shall return for a status check on Mr. Dedmon's compliance with the terms of his supervised release on: June 30, 2025, at 10:00 AM.

DATED May 2, 2025.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE